IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| vs. | : | |
| | : | Case No. CR2-07-005 |
| STEVEN L. GRIFFIN, | : | JUDGE MARBLEY |
| Defendant. | : | |

## ORDER MODIFYING SUPERVISED RELEASE

This matter came before the Court on October 21, 2016 for Defendant Steven L. Griffin's supervised release revocation hearing. For the reasons set forth on the record at the hearing, the Court finds the Defendant's Supervised Release will NOT be Revoked. As a result of the hearing, the Court further **ORDERS:** (1) that the defendant complete Twenty (20) hours of community service, which will be waived only if the defendant maintains employment; (2) that the defendant complete Ninety (90) days of home confinement; (3) that the defendant pay the cost of electronic monitoring; and (4) that the defendant provide access to all financial documents to his U.S. Probation Officer.

All previously imposed conditions shall remain in effect.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
United States District Judge

**DATED: November 15, 2016**